UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>GREEN LAND WHOLESALE LLC and AMADO HALAOUI,<br><br>   Defendants, | No. 2:22-cv-04608-WLH-MAR<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Default Judgment against the Defendants, GREEN LAND WHOLESALE LLC and AMADO HALAOUI. Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff on all claims, and the Defendants are liable to the Plaintiff in the amount of $347,538.77, for which let execution issue. Plaintiff is

also entitled to post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the Plaintiff's Stündenglass Marks (registration numbers 6,633,884; 6,174,292; and 6,174,291, directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass products, meaning products bearing the Stündenglass trademarks (registration numbers 6,633,884; 6,174,292; and 6,174,29), counterfeit, copy or colorful imitation thereof.

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

**IT IS SO ORDERED.**

DATED: 6/17/2025

                                                HON. WESLEY L. HSU
                                                UNITED STATES DISTRICT JUDGE